UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-21119-CIV-JORDAN

| | |
|---|---|
| JONATHON HARRIS, | ) |
|     Plaintiff | ) ) |
| vs. | ) |
| GOOGLE, INC., | ) ) |
|     Defendant | ) ) |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND CLOSING CASE**

Mr. Harris's response to Google's motion to dismiss [D.E. 10] was due on May 24, 2010. This deadline has passed. As a result, this case is DISMISSED WITHOUT PREJUDICE for lack of prosecution. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 633 (1962) (holding that district court was within its discretion in dismissing case *with* prejudice based on a party's failure to comply with court orders). Mr. Harris may move to reopen this case if he files a response to the motion to dismiss by June 7, 2010.

Any and all pending motions are DENIED AS MOOT. This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 28th day of May, 2010.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record